# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT
_____

### No. 99-20746
### Summary Calendar
_____

**UNITED STATES OF AMERICA,**

                                               **Plaintiff-Appellee,**

**versus**

**SABAS ALVARADO-NOVA,**
**also known as Jorge Alvardo-Nova,**

                                               **Defendant-Appellant.**
_____

### Appeal from the United States District Court
### for the Southern District of Texas
### USDC No. H-99-CR-67-1
_____
March 21, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

Per Curiam:[*]

The Federal Public Defender appointed to represent Sabas Alvarado-Nova has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Alvarado-Nova has not filed a response.

Our review of the brief filed by counsel and of the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities, and the **APPEAL IS DISMISSED.**

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.